**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Steven Sherman FELTON, Petitioner**

**No. 830 MAL 2016**

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

**Wilner DORVILUS, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (CARDONE INDUSTRIES), Respondent**

**No. 393 EAL 2016**

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Zachary Alan BAYLER, Petitioner**

**No. 752 MAL 2016**

Supreme Court of Pennsylvania.

February 22, 2017

## ORDER

PER CURIAM

**AND NOW,** this 22nd day of February, 2017, the Petition for Allowance of Appeal is **DENIED.**